IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-2350-JLK**

**JOHN G. WESTINE, JR.**,

      Plaintiff,

v.

**W.A. PERRILL, et al.,**

      Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Motion to Reopen (doc. #19), filed September 1, 2005, is **DENIED.**

---

Dated:  October 25, 2005