IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cv-2350-JLK**

**JOHN G. WESTINE, JR.**,

        Plaintiff,

v.

**W.A. PERRILL, et al.,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Motion to Reopen Case (doc. #30), filed November 28, 2005, is **DENIED.**

Dated:  November 30, 2005